Giles J. Patterson, of Jacksonville, and Williamson & Cain, of West Palm Beach, for appellant.

Gedney, Johnston & Lilienthal and Metcalf & Finch, all of West Palm Beach, for appellees.

PER CURIAM.

Appeal dismissed on motion of counsel for appellant.

J. H. NIPPER, Plaintiff in Error, v. STATE of Florida, Defendant in Error.

Supreme Court of Florida.

June 18, 1936.

Otis R. Parker and Alto Adams, both of Fort Pierce, for plaintiff in error.

Cary D. Landis, Atty. Gen., Roy Campbell, Asst. Atty. Gen., and Angus Sumner, State Atty., of Fort Pierce, for the State.

PER CURIAM.

Upon consideration of the entire record in this cause, we are convinced that the ends of justice require a new trial. So the judgment of the circuit court is hereby reversed. See Coker v. State, 83 Fla. 672, 673, 93 So. 176; Howell v. State, 121 Fla. 327, 163 So. 691; Woodward v. State, 113 Fla. 301, 151 So. 509; Pass v. State, 121 Fla. 336, 163 So. 583; Davis v. State, 76 Fla. 179, 79 So. 450.

Reversed.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD, and DAVIS, JJ., concur.

Hattie PESSAS, Appellant, v. GRAVES INVESTMENT COMPANY, a Corporation, et al., Appellees.

Supreme Court of Florida.

Jan. Term, 1936.

J. C. Davant, of Clearwater, for appellant.

J. W. B. Shaw, of Tampa, for appellees.

PER CURIAM.

Appeal dismissed on motion of counsel for appellees.